UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN REYES, | No. 2:19-cv-02289-KJM-CKD PS |
| Plaintiff, | |
| v. | ORDER |
| KAISER PERMANENTE, et al., | |
| Defendants. | |

Plaintiff filed the present action on November 12, 2019, and the court subsequently set a Status (Pretrial Scheduling) Conference for April 22, 2020. (ECF No. 6). The parties were ordered to file status reports addressing various matters related to the status and scheduling of this case not later than fourteen days prior to this conference. (Id.) The court later vacated the hearing pursuant to Local Rule 230(g) but instructed the parties that the status reports still needed to be filed pursuant to the prior order of the court. (ECF No. 15.) While no defendant has appeared in this matter,[1] plaintiff has failed to file the required status report.[2]

The court has considered whether this action should be dismissed at this juncture for

---

[1] Plaintiff did file a notice with the court that the summons was executed on defendant(s). (ECF No. 11.) Plaintiff is advised to review Federal Rule of Civil Procedure 4 regarding service of process.

[2] Plaintiff has, however, filed other various letters in this matter.

1

failure to prosecute and failure to follow court orders.  However, in light of plaintiff's pro se status, and the court's desire to resolve the action on the merits, the court first attempts lesser sanctions by issuing an order to show cause.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 21 days of the date of this order, plaintiff shall show cause in writing why this action should not be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) based on plaintiff's failure to comply with the court's orders and failure to prosecute this case.

2. Failure to timely comply with the terms of this order will result in a recommendation that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  April 27, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.reyes.2289osc