UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN REYES, | No. 2:19-cv-02289-KJM-CKD PS |
| Plaintiff, | |
| v. | ORDER |
| KAISER PERMANENTE, et al., | |
| Defendants. | |

On April 27, 2020, the court issued an order for plaintiff to show cause as to why this matter should not be dismissed due to plaintiff's failure to comply with court orders and plaintiff's failure to prosecute this case. (ECF No. 16.) Plaintiff has filed a response. (ECF No. 17.) Good cause appearing, the order to show cause (ECF No. 16) is HEREBY VACATED.

However, this action is still in a holding pattern as a defendant has not entered this matter or responded to plaintiff's complaint. This is almost certainly due to plaintiff's failure to properly serve defendants. Plaintiff has filed what appears to be a proof of service for defendant Kaiser Permanente. (ECF No. 11.) However, this document is partially written and signed by plaintiff, and partly by another party; it does not comply with proper service under Federal Rule of Civil Procedure 4. See Fed. R. Civ. P. 4(c)(2) (noting that only a nonparty can serve a summons and complaint). Additionally, plaintiff is reminded that valid proofs of service must show (1) what was served; (2) place of service; (3) the person/entity served; or (4) the manner of service. Long

v. McAfee, 2019 WL 5536228, at *3 (E.D. Cal. Oct. 25, 2019).  Plaintiff is again instructed to follow Federal Rule of Civil Procedure 4, particularly subsection 4(h) regarding service on corporate defendants.[1]

Accordingly, it is HEREBY ORDERED that:

1. The order to show cause (ECF No. 16) is VACATED.

2. Plaintiff shall effectuate service on defendants within thirty (30) days of this order. Plaintiff shall file proofs of service within seven (7) days of effectuating service on each defendant.

3. Failure to timely comply with the terms of this order will result in a recommendation that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  May 22, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.reyes.osc discharge

---

[1] Plaintiff may consider hiring a process server for this task, although of course that is not required. What is required is proper service as outlined by the Rule 4 of the Federal Rules of Civil Procedure.