UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN REYES, | No. 2:19-cv-02289-KJM-CKD PS |
| Plaintiff, | |
| v. | ORDER |
| KAISER PERMANENTE, et al., | |
| Defendants. | |

Plaintiff filed the present action on November 12, 2019.  (ECF No. 1.)  On May 22, 2020, due to plaintiff's failure to properly serve any defendant, plaintiff was ordered to effectuate service on defendants within thirty days of that order.  (ECF No. 18.)  Plaintiff was also ordered to file proofs of service within seven days of each defendant being served.  (Id.)  These deadlines have passed, and no defendant has entered this action and plaintiff has failed to file proof of service as to any defendant.[1]  The court notes that this is the second time plaintiff has failed to follow orders from the court.  (See ECF No. 16.)

The court has considered whether this action should be dismissed at this juncture for failure to prosecute and failure to follow court orders.  However, in light of plaintiff's pro se status, and the court's desire to resolve the action on the merits, the court attempts lesser

---

[1] Plaintiff did, however, filed a First Amended Complaint on June 2, 2020.  (ECF No. 19.)

1

sanctions by issuing an order to show cause.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 21 days of the date of this order, plaintiff shall show cause in writing why this action should not be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) based on plaintiff's failure to comply with the court's orders and failure to prosecute this case.

2. Failure to timely comply with the terms of this order will result in a recommendation that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Dated: July 2, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.reyes.2289osc2