UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN REYES, | No. 2:19–cv–2289–KJM–CKD PS |
| Plaintiff, | ORDER |
| v. | (ECF No. 38) |
| KAISER PERMANENTE, | |
| Defendant. | |

On December 17, 2020, the magistrate judge filed findings and recommendations (ECF No. 38), which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On December 29, 2020, plaintiff filed objections to the findings and recommendations (ECF No. 40), which have been considered by the court.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

The undersigned appreciates Mr. Reyes's frustration with the many losses and dismissals he has accrued over the years in his attempts to obtain justice that was, in his view, long ago denied. This court must, however, follow the rules and laws that determine whether a person can file the same or similar legal claims more than once. Here, those rules and laws do not permit Mr. Reyes to pursue this case again.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 38) are ADOPTED IN FULL;

2. This action is DISMISSED with prejudice as barred by res judicata; and

3. The Clerk of Court is directed to close this case.

DATED: February 23, 2021.

CHIEF UNITED STATES DISTRICT JUDGE