UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Irvin Reyes,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Kaiser Permanente,<br><br>　　　　　　Defendant. | No. 2:19-cv-2289-KJM-CKD PS<br><br>ORDER |

　　　　Irvin Reyes moves pro se to reopen this case. ECF No. 45. Judgment was entered on February 24, 2021. ECF No. 44. The court therefore construes his motion as a motion for relief from the judgment under Federal Rule of Civil Procedure 60(b). That rule permits a court to "relieve a party . . . from a final judgment . . . for the following reasons:

　　(1)　　mistake, inadvertence, surprise, or excusable neglect;

　　(2)　　newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

　　(3)　　fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

　　(4)　　the judgment is void;

/////

/////

1

  (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

  (6)  any other reason that justifies relief.

Fed. R. Civ. P. 60(b).  Mr. Reyes has not shown that these reasons support his motion, which is denied.

  The court also construes Mr. Reyes motion as requesting an extension of time to file an appeal under Federal Rule of Appellate Procedure 4(a)(5).  His poor health is good cause to grant that request.  Any notice of appeal must be filed **within fourteen days**.  *See* Fed. R. App. P. 4(a)(5)(C).

  This order resolves ECF No. 45.

  IT IS SO ORDERED.

DATED:  April 20, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE