UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Irvin Reyes, | No. 2:19-cv-2289-KJM-CKD PS |
| Plaintiff, | ORDER |
| v. | |
| Kaiser Permanente, | |
| Defendant. | |

In May 2021, this court granted plaintiff's motion for an extension of time to file an appeal of this court's order adopting the findings and recommendations of the magistrate judge and dismissing the case. *See* ECF Nos. 50, 43, 44. A week later, plaintiff filed an additional motion for an extension of time because plaintiff did not receive the court's prior order granting the extension before the deadline to file had passed. ECF No. 51. The court grants plaintiff's motion for an extension of time to file any appeal he may still wish to pursue. Additionally, in light of the substantial amount of time that has passed since plaintiff filed this motion, the court grants plaintiff 45 days from the date of this order to file the appeal.

This order resolves ECF No. 51.

IT IS SO ORDERED.

DATED: March 23, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1